FILED
CLERK U.S. DISTRICT COURT
SEP 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Baird,<br><br>   Plaintiff<br><br>vs.<br><br>Liberty Life Assurance Company of Boston et al,<br><br>   Defendant. | CASE NO.: 2:13-cv-04522-SVW-RZ<br><br>ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 12, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE